PD-1597-15

PD-1597-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/10/2015 7:59:20 PM
Accepted 12/11/2015 12:37:59 PM
ABEL ACOSTA
CLERK

NO. _____ PD

IN THE

COURT OF CRIMINAL

APPEALS

OF TEXAS

_____

**EX PARTE**

**JAMES AGBEZE**
*Petitioner,*

_____

Petition in Cause No. 1288928 from the
180TH District Court of Harris County, Texas and
the Court of Appeals for the
14TH District of Texas

_____

**FIRST MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW**

_____

FILED IN
COURT OF CRIMINAL APPEALS

December 11, 2015

ABEL ACOSTA, CLERK

TOM ABBATE
440 LOUISIANA, STE 200
HOUSTON, TX 77002
OFFICE: (713) 223-0404
FAX: (800) 501-3088
tom@tomabbatelaw.com
SBOT # 24072501

TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Petitioner, JAMES AGBEZE, files this First Motion to Extend Time to File his Petition for Discretionary Review.

Petitioner's brief was due on DECEMBER 7, 2015.

Counsel for Petitioner requests a 4-day extension of time to file its brief, making the brief due on DECEMBER 10, 2015. This is the first request for extension of time to file the opening brief. This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time to File his Petition for Discretionary Review and extend the Deadline for Filing the Petitioner's Brief up to and including DECEMBER 10, 2015. Appellant prays for all other relief to which it may be entitled.

Respectfully submitted,

_____
TOM ABBATE
440 LOUISIANA, STE 200
HOUSTON, TX 77002
OFFICE: (713) 223-0404
FAX: (800) 501-3088
tom@tomabbatelaw.com
SBOT # 24072501
*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I certify that on DECEMBER 10, 2015, a true and correct copy of the forgoing motion was delivered to the HARRIS County District Attorney's Office by ELECTRONIC MAIL.

_____
TOM ABBATE
SBOT: 24072501
*Counsel for Petitioner*